**Dismissed and Opinion Filed December 10, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00623-CV

### ALEXANDRIA FULLER, Appellant
### V.
### NP CROSBY LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01753-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Smith, and Justice Garcia
Opinion by Justice Smith

Appellant's brief in this appeal is overdue. By postcard dated November 4, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


240623f.p05

/Craig Smith/
CRAIG SMITH
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDRIA FULLER, Appellant

No. 05-24-00623-CV     V.

NP CROSBY LLC, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-24-01753-B.
Opinion delivered by Justice Smith. Chief Justice Burns and Justice Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of December, 2024.